

MICHAEL D. MCCLINTOCK
ATTORNEY AT LAW

WRITER DIRECT
(405) 552-2213
FAX (405) 228-7413
michael.mcclintock@mcafeetaft.com

10TH FLOOR • TWO LEADERSHIP SQUARE
211 NORTH ROBINSON • OKLAHOMA CITY, OK 73102-7103
(405) 235-9621 • FAX (405) 235-0439
www.mcafeetaft.com

July 14, 2010

**VIA EMAIL AT: karl@kbinternetlaw.com**

Karl S. Kronenberger
Kronenberger Burgoyne, LLP
150 Post Street, Suite 520
San Francisco, CA 94104

Re: *QuiBids, LLC v. 1524948 Alberta Ltd., d/b/a Terra Marketing Group*; Case No. 5:10-CV-00639-R; United States District Court for the Western District of Oklahoma

Dear Karl:

Enclosed please find a courtesy copy of QuiBids, L.L.C. ("QuiBids") First Amended Complaint. Also enclosed is a courtesy copy of QuiBid's Motion for Preliminary Injunction and Brief in Support. We have named 1524948 Alberta Ltd. as the defendant based on your representation that it owns and operates the website at the domain name SwipeBids.com.

Regarding the identity of SwipeBids.com, as you know, the owner intentionally shielded its identity by using an internet proxy registration service to mask and hide ownership of the website SwipeBids.com. When I initially asked you who the owner was, you stated that you were "not authorized" to disclose that information. Subsequently, you stated that the website was owned and operated by "Terra Marketing Group." We preformed a search and could find no such entity and inquired of you again as to the owner. On further inquiry you informed us that the owner was 1524948 Alberta Ltd., and that Terra Marketing Group Ltd. was a d/b/a for that company.

We question whether 1524948 is a real business entity. As with "Terra Marketing Group," we are unable to identify any records for this entity on file with the Business Registration Service of Canada or the Business Tracker Data Base on WestLaw. Please confirm that the business you identified is in fact the owner of SwipeBids.com, and we would ask that you please provide an address of record for service of process in either the United States or Canada. This information is required at your earliest convenience, and in any event no later than Friday, July 16, 2010, because of our pending injunction motion.

Thank you for your attention to this matter. We look forward to your response, even if your response is that you are not authorized to provide the information requested.

Very truly yours,

Michael D. McClintock

MDM/mls

5847240_1.DOC