AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  5:10-CV-00639-R

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* 1524948 Alberta Ltd. d/b/a Terra Marketing Group

was received by me on *(date)* August 20, 2010

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Bev Bernard , who is

designated by law to accept service of process on behalf of *(name of organization)* 1524948 Alberta Ltd.
d/b/a Terra Marketing Group on *(date)* August 23/2010. ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: August 23, 2010

_____
Server's signature

STEVEN LEWICKI
_____
Printed name and title

10147 - 115 Street, Edmonton,
Alberta, Canada
_____
Server's address

Additional information regarding attempted service, etc:

## CERTIFICATE
### ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
1) *que la demande a été exécutée*
   - the (date) – *le (date)* ___August 23, 2010___
   - at (place, street, number) - *à (localité, rue, numéro)*

   ___# 2500, 10104 - 103 Avenue, Edmonton Alberta Canada___

   – in one of the following methods authorized by article 5:
   – *dans une des formes suivantes prévues à l'article 5:*

   ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   *a) selon les formes légales (article 5, alinéa premier, lettre a)*

   ☒ (b) in accordance with the following particular method:
   *b) selon la forme particulière suivante:* ___Service on a registered office of a corporation___

   ☐ (c) by delivery to the addressee, who accepted it voluntarily.*
   *c) par remise simple.*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

   - (identity and description of person)
   - *(Identité et qualité de la personne)* ___Bev Bernard, Receptionist at corporate registered office for 1524948 Alberta Ltd. d/b/a Terra Marketing Group___

   - relationship to the addressee family, business or other
   - *liens de parenté de subordination ou autres avec le destinataire de l'acte:*

2) that the document has not been served, by reason of the following facts*:
2) *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**ANNEXES**
*Annexes*

Documents returned:
*Pièces renvoyées*

_____

_____

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____

_____

Done at ___Edmonton Alberta Canada___ , the ___23 of August 2010___
*Fait à* _____ ; *le* _____

Signature and/or stamp
*Signature et/ou cachet* _____
STEVEN LEWICKI

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | |
|---|---|
| QUIBIDS, LLC, an Oklahoma limited liability company,    )<br>)<br>)<br>)<br>Plaintiff(s),    )<br>)<br>v.    )<br>)<br>1524948 ALBERTA LTD., d/b/a TERRA    )<br>MARKETING GROUP, a Canadian entity,    )<br>represented by counsel for SWIPEBIDS.com to be )<br>the owner of the domain name swipebids.com    )<br>Defendant(s).    ) | Case No. 5:10-CV-00639-R |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
1524948 ALBERTA LTD
#2500, 10104 - 103 Avenue
Edmonton Alberta Canada
T5J1V3

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michael D. McClintock
McAfee & Taft
211 North Robinson, 10th Floor, Two Leadership Square
Oklahoma City, Oklahoma 73102 (United States)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SUMMONS ISSUED:*

**3:36 pm, Aug 12, 2010**

*ROBERT D. DENNIS, Clerk*

By: 

_____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*