UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| QUIBIDS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>1524948 ALBERTA LTD., d/b/a Terra Marketing Group,<br><br>    Defendant. | CASE NO. 5:10-CV-00639-R |

## MOTION FOR ADMISSION OF KARL S. KRONENBERGER TO APPEAR PRO HAC VICE

Pursuant to Local Rule 83.2(g) of the United States District Court for the Western District of Oklahoma, the undersigned counsel of the firm Crowe & Dunlevy moves for admission of Karl S. Kronenberger to practice in the above-entitled Court for the purposes of appearing, both specially and generally, as counsel for Defendant 1524948 Alberta Ltd., d/b/a Terra Marketing Group ("Terra Marketing") in the above-entitled matter only. In support, undersigned counsel shows the Court as follows:

  1)  Anton J. Rupert, Margaret S. Milliken and Drew T. Palmer of the law firm of Crowe & Dunlevy, with office at 20 North Broadway, Suite 1800 Oklahoma City, Oklahoma 73102, are members of the Bar of this Court, maintain an office in Oklahoma for the practice of law, and have each entered special appearances in this case.

  2)  Karl S. Kronenberger is an attorney with the law firm of Kronenberger Burgoyne, LLP, 150 Post Street, Suite 520, San Francisco, California 94108, and is a member in good standing of the State Bars of California, New York, Georgia and Ohio,

1

the District Courts for the Northern, Central and Southern Districts of California, District Court for the Southern District of Ohio, and the United States Court of Appeals for the Ninth Circuit.

3) Karl S. Kronenberger has not been the subject of any disciplinary action or investigation and has not been denied admission to the courts of any state or to any court of the United States.

4) A completed Request for Admission Pro Hac Vice of Karl S. Kronenberger is attached hereto as Exhibit "1".

5) A Proposed Order and the fees for admission pro hac vice of Karl S. Kronenberger have been submitted herewith.

WHEREFORE, undersigned counsel respectfully requests entry of an Order admitting Karl S. Kronenberger to practice before this Court on a *pro hac vice* basis as counsel for Terra Marketing.

Dated the 13th of September, 2010.  Respectfully submitted,

By: s/ Drew T. Palmer
Anton J. Rupert, OBA # 7827
Margaret S. Millikin, OBA # 13736
Drew T. Palmer, OBA # 21317

- Of the Firm –

CROWE & DUNLEVY
A Professional Corporation

20 North Broadway
Suite 1800
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
drew.palmer@crowedunlevy.com
anton.rupert@crowedunlevy.com

-and-

500 Kennedy Building
321 South Boston Ave.
Tulsa, OK 74103-3313
(918) 592-9801
(918) 592-9801 (Facsimile)
margaret.millikin@crowedunlevy.com

**Attorneys for Defendant
1524948 ALBERTA LTD., d/b/a Terra Marketing Group**

## **CERTIFICATE OF SERVICE**

I hereby certify that on Sept. 13, 2010, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Michael D. McClintock
McAfee & Taft
211 N. Robinson Ave.
10th Floor Oklahoma City, OK 73102
michael.mcclintock@mcafeetaft.com

s/ Drew T. Palmer
Drew T. Palmer
