UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

QUIBIDS, LLC, an Oklahoma limited liability company, )
)
)
)
vs.                          Plaintiff(s)   )   Case No. 5:10-CV-00639-R
)
1524948 ALBERTA LTD., an Alberta, Canada corporation )
d/b/a Terra Marketing Group, )
)
)
Defendant(s)   )

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Karl Stephen Kronenberger

2. State bar membership number: California State Bar 226112

3. Business address, telephone and fax numbers:

    150 Post Street, Suite 520
    San Francisco, CA 94108
    Telephone: (415) 955-1155
    Facsimile: (415) 955-1158

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

    California Bar; Northern District of California; Central District of California; Southern District of California; Ninth Circuit Court of Appeals; Georgia Bar; Ohio Bar; Southern District of Ohio; and New York Bar.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   ☐ Yes  ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   ☐ Yes  ☑ No
    (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?   ☑ Yes  ☐ No

    A check for $50 should be made payable to the U.S. District Court Clerk.
    (United States Government Attorneys are exempted from paying this fee.)

    DATED this ___10th___ day of ___September 2010___.

    _____
    Signature of Applicant

005/rvsd 06-04