UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| QUIBIDS, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>1524948 ALBERTA LTD., d/b/a Terra Marketing Group,<br><br>        Defendant. | CASE NO. 5:10-CV-00639-R |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF KARL S. KRONENBERGER TO APPEAR PRO HAC VICE**

Having considered the Motion for Admission of Karl S. Kronenberger to Appear Pro Hac Vice, and good cause having been shown:

IT IS HEREBY ORDERED THAT the motion for the admission of Karl S, Kronenberger to Appear Pro Hac Vice in the above-entitled matter is GRANTED.

IT IS SO ORDERED this 14th day of September, 2010.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

1